VALIERE ALCENA, Appellant, v EMPIRE BLUE CROSS AND BLUE SHIELD et al., Respondents, et al., Defendants.

Submitted February 28, 2005; decided April 5, 2005

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that affirmed Supreme Court's order denying appellant's discovery motion, dismissed upon the ground that such portion of the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal otherwise denied.